FILED

MAY 10 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAM THI NGUYEN BUI,<br><br>Plaintiff,<br><br>v.<br><br>RANDY TEWS, et al.,<br><br>Defendants. | Case No. 17-CV-01217-LHK (PR)<br><br>**ORDER OF DISMISSAL** |

On March 8, 2017, plaintiff, a federal prisoner detained at the Federal Correctional Institution ("FCI") in Dublin, California, filed a motion pursuant to 28 U.S.C. § 2241 requesting immediate release from custody and cancellation of an immigration detainer.[1] That same day, the clerk sent plaintiff a notice that he had not paid the filing fee and must either pay the filing fee or file an application to proceed *in forma pauperis* ("IFP") within twenty-eight days or face dismissal of this action without further notice to plaintiff. To date, plaintiff has not paid the filing fee nor filed an IFP application. Accordingly, this case is **DISMISSED** without prejudice.

IT IS SO ORDERED.

Dated: 5/10/2017

LUCY H. KOH
United States District Judge

---

[1] The matter was reassigned to this court after plaintiff failed to consent to magistrate jurisdiction.
Case No. 17-CV-01217-LHK (PR)
ORDER OF DISMISSAL